IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:90-cr-01002-MP

GLENN COX,

    Defendant.
_____/

**O R D E R**

For the fourth time, the Defendant has filed a motion for disclosure of Grand Jury transcripts pursuant to the Jencks Act.  see Doc. 188, Motion for Production of Grand Jury Transcripts, and Docs. 179, 180, and 183 (orders denying previous motions).  For the reasons given in the prior orders, the motion at doc. 188 is denied.

**DONE AND ORDERED** this  *3rd*  day of October, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge