IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:90-cr-01002-MP

GLENN COX,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Defendant's motion at Doc. 210. That motion is granted to the extent that the Clerk is directed to seal the order at Doc. 204. It is denied in all other respects.

**DONE AND ORDERED** this  _10th_  day of March, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge