IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                              CASE NO. 1:90-cr-01002-MP

GLENN COX,

    Defendant.
_____/

**O R D E R**

    This matter is before the Court on Doc. 212, Motion for Documents from Case, and Doc. 213, motion for release of Grand Jury transcripts.  In the motion at Doc. 212, Mr. Cox indicated that he was willing to pay for the copies.  The Court informs Mr. Cox that retrieving the documents from archives will cost $45.00 plus $.50 for each page copied.  He must provide this payment in advance to the Clerk's office.  With regard to Doc. 213, Mr. Cox must first provide legal authority for the Court to release any grand jury transcript to him.  If release of the Grand Jury transcripts are approved, Mr. Fox will also have to pay the costs per page as specified above for providing copies of those documents.

    **DONE AND ORDERED** this  _24th_  day of March, 2009

                                      *s/Maurice M. Paul*
                           Maurice M. Paul, Senior District Judge